## THOMAS et al. v. M. W. EUREKA GRAND LODGE, etc.
### No. 4926.

Court of Appeal of Louisiana. Second Circuit.

Jan. 9, 1935.

H. L. Hughes, of Natchitoches, for appellant.

Leo Gold, of Alexandria, for appellees.

DREW, Judge.

In this suit the lower court rendered judgment for plaintiffs, as prayed for, and defendant perfected an appeal to this court. Counsel for defendant has made no appearance in this court by argument or brief, and has pointed out no error in the judgment of the lower court. We therefore conclude the appeal has been abandoned.

It is therefore ordered, adjudged, and decreed that the appeal taken herein be dismissed as abandoned.